Reg# 33985-177 Anthony S. Aguilar
Federal Medical Center
P.O Box 1600
Butner, NC. 27509

In The United States District Court
For The Northern District Of Texas
Fort Worth Division

In The Matter Of Anthony Steven Aguilar
Movant,
V. United States Of America
Respondent
Crim No. 4:05-cr-00195-A-5

**FILED** JAN 11 2021 — CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS

Motion For Compassionate Release Pursuant To 18 U.S.C. § 3582(c)(1)(A) And First Step Act of 2018

Please Accept this Document to Supplement in lieu of A More Formal Petition.
Petitioner would pray the Court to Take Judical Notice of an error Inadvertantly placed in petitioner's initial petition. (Page. 28) Paragraph 3 Note: Which states in pertinent part That: The "PSR" held him responsible for at least 1.5 Kilograms of methamphetamine - ICE, which was proved to a jury beyond a reasonable doubt.

The Factual Correct Reading Should Read

"Which was 'Not' proven by A Jury beyond a Reasonable Doubt."

Anthony S. Aguilar
1-7-2021

Anthony Aguilar #33985-177
Name:
Number:
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
8 JAN 2021 PM 3 L

CLERK OF DISTRICT C[.]
NORTHERN DIST. OF T[.]
FORT WORTH DIVISI[.]
RECEIVED

2021 JAN 11 AM 11:

DEPUTY CLERK_____

⇔33985-177⇔
Us District Court
Northern District OF TX.
501 W 10TH ST
Rm.310
FORT Worth, TX 76102
United States

76102-975999