IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 31 2022
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| ANTHONY STEVEN AGUILAR, § | |
| § | |
| Movant, § | |
| § | |
| VS. § | NO. 4:21-CV-011-A |
| § | (NO. 4:05-CR-195-A) |
| UNITED STATES OF AMERICA, § | |
| § | |
| Respondent. § | |

## FINAL JUDGMENT

Consistent with the court's order signed this date,

The court ORDERS, ADJUDGES, and DECREES that the motion of movant, Anthony Steven Aguilar, for compassionate release be, and is hereby, denied.

SIGNED May 31, 2022.

_____
JOHN McBRYDE
United States District Judge